fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Isidore Levy, Appellant, v. Boutay Products Co., Inc., Respondent. Dorothy Straus, Receiver, Respondent; American Union Bank and United States Fidelity and Guaranty Company, Surety, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements to the receiver, respondent. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Alexander J. Chechila, Appellant, v. Platon Rozdestvensky, Defendant, Impleaded with Vasily Golinsky, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Louis A. Siegel, Respondent, v. Augustus S. Houghton, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy and Martin, JJ., dissent.

Anthony I. Speciale and Another v. Holmes Electric Protective Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before January 26, 1931. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Thomas Miranda, an Infant, etc., and Another v. New York Telephone Company and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Solomon Wittner v. George Wittner, Individually and as Administrator, etc., of Hyman Wittner, Deceased, and Others.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Solomon Wittner v. George Wittner, Individually and as Administrator, etc., of Hyman Wittner, Deceased, and Others.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Merry Maid Manufacturing Co., Inc., v. Bernard Winthrop, Impleaded with Lucy Lane Frock, Inc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

John C. Watson and Another v. Charles L. Fraser.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Frederick W. MacDonald v. Arthur W. Ramsdell.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Anna Brown and Another v. The City of New York and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Orange National Bank and Another v. 2235 Webster Avenue Corporation and Others, Impleaded with 6802 Ridge Boulevard Corporation.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Orange National Bank and Another v. 2235 Webster Avenue Corporation and Others, Impleaded with 6802 Ridge Boulevard Corporation.—